IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00433-GPG

JOSHUA LEBEY GOLDSWORTH,

    Applicant,

v.

EIGHTH JUDICIAL DISTRICT, LARIMER COUNTY, COLORADO, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

## ORDER DRAWING CASE

    After review pursuant to D.C.COLO.LCivR 8.1(a), the court has determined that this case does not appear to be appropriate for summary dismissal. Therefore, the case will be drawn to a presiding judge and, if applicable, to a magistrate judge. *See* D.C.COLO.LCivR 8.1(c). Accordingly, it is

    ORDERED that this case shall be drawn to a presiding judge and, if applicable, to a magistrate judge.

    DATED April 7, 2015, at Denver, Colorado.

                                                BY THE COURT:

                                                S/ Gordon P. Gallagher

                                                United States Magistrate Judge