IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No. 15-cv-00433-KLM

JOSHUA LEBEY GOLDSWORTH,

    Petitioner,

v.

EIGHTH JUDICIAL DISTRICT, LARIMER COUNTY, COLORADO, and
The Attorney General of the State of Colorado,

    Respondents.

---

## FINAL JUDGMENT

PURSUANT to and in accordance with Fed. R. Civ. P. 58(a) and the Order On Application for Writ of Habeas Corpus entered by the Honorable Kristen L. Mix on December 1, 2015, and incorporated herein by reference as if fully set forth, it is

ORDERED that Claims 1(a) and 2 in the Application do not meet the standard as set forth in the Order. Thus, in the likely event Respondents appeal this decision, Mr. Goldsworth is not entitled to re-assert them as additional bases for relief. It is

FURTHER ORDERED that the Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 is GRANTED as to Claim 1(b) and 3 and that Mr. Goldsworth shall be released and discharged from his conviction of promotion of obscenity, Colo. Rev. Stat. § 18-7-102(2).

DATED at Denver, Colorado this  1st  day of December, 2015.

FOR THE COURT:

JEFFREY P. COLWELL, CLERK

By: s/M. Ortiz
M. Ortiz, Deputy Clerk